**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

TRACY HOWARD BESSELAAR, 135043, :

    Plaintiff, :

vs. : CIVIL ACTION 21-0037-JB-MU

SADIE STALLWORTH, *et al.*, :

    Defendants. :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. 7, PageID.31) be and is hereby **DENIED.**

**DONE and ORDERED** this 27th day of April, 2021.

                /s/ JEFFREY U. BEAVERSTOCK
                UNITED STATES DISTRICT JUDGE