# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TRACY HOWARD BESSELAAR., : <br> Plaintiff, : <br> : <br> : <br> vs. : <br> : CIVIL ACTION 21-037-JB-MU <br> : <br> SADIE STALLWORTH, *et al*., : <br> Defendants. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants', Sadie Stallworth and Sam Cochran, motion for summary judgment is **GRANTED** and the claims presented by the Plaintiff Tracy H. Besselaar are **DISMISSED** with prejudice.

**DONE and ORDERED** this 18th day of October, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE