IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRACY HOWARD BESSELAAR., : <br> Plaintiff, : <br> : <br> : <br> vs. : <br> : CIVIL ACTION 21-037-JB-MU <br> SADIE STALLWORTH, *et al*., : <br> Defendants. : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Tracy H. Besselaar recover nothing and the claims made against Defendants Sadie Stallworth and Sam Cochran are hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 18th day of October, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE